UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
:
MAYER BROWN LLP,                     :
:
       Plaintiff,              :   Civil Action No. 13 Civ. 28 (LTS)(JCF)
:
   v.                            :   **NOTICE OF VOLUNTARY**
:   **DISMISSAL WITHOUT PREJUDICE**
GROUP METRO,                         :
:
       Defendant.              :
------------------------------------ X

     PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, there having been no answer or motion for summary judgment served in the above-captioned action, plaintiff MAYER BROWN LLP ("Mayer Brown"), by its attorneys, hereby voluntarily dismisses this action without prejudice.

Dated:  New York, New York
         February 25, 2013

                                       Respectfully submitted,

                                       By: _/s/ Vanessa M. Biondo_____

                                       Vanessa M. Biondo (Bar No. 2486)
                                       Elizabeth M. Winokur (*Admission Pending*)
                                       MAYER BROWN LLP
                                       1675 Broadway
                                       New York, NY  10019-5820
                                       Tel:  212-506-2500
                                       Fax:  212-262-1910
                                       vbiondo@mayerbrown.com
                                       ewinokur@mayerbrown.com

                                       *Counsel for Plaintiff,*
                                       *Mayer Brown LLP*

705319699.1